*A. Banning* and *Mr. Ephraim Banning* for the petitioner. *Mr. John R. Bennett* for the respondent.

---

No. 593. FRANK J. HEARNE, PETITIONER, *v.* GERMAN INSURANCE COMPANY ET AL. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Third Circuit denied. *Mr. Joseph K. McCammon* and *Mr. James H. Hayden* for the petitioner. *Mr. William S. Dalzell, Mr. Ernest L. Tustin* and *Mr. J. H. Harrison* for the respondents.

---

No. 518. MUTUAL LIFE INSURANCE COMPANY OF NEW YORK, PETITIONER, *v.* ELIZA MAUD HILL ET AL. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. John B. Allen, Mr. Julien T. Davies, Mr. Edward Lyman Short* and *Mr. Frederic D. McKenney* for the petitioner. *Mr. S. Warburton* for the respondents.

---

No. 567. A. CHESEBROUGH ET AL., OWNERS, ETC., PETITIONERS, *v.* MATTHEW BRIDGES. February 23, 1903. Petition for a writ of certiorari to the United States Circuit Court of Appeals for the Ninth Circuit granted. *Mr. Milton Andros* for the petitioners. *Mr. A. H. Ricketts* for the respondent.